UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WEAVER and
LUCINDA WEAVER,

          Plaintiffs,

   v.

ZIMMER, INC., and DOES
1 through 50, inclusive,

          Defendants.
_____/

NO. CIV. S-10-0833 LKK/EFB

O R D E R

This is a medical products liability action. A status conference is presently set in the above-captioned matter for Monday, June 28, 2010 at 10:30 a.m. The Judicial Panel on Multidistrict Litigation ("Panel") has entered an order centralizing cases concerning the product at issue in the District of New Jersey. The parties here expect that the Panel will transfer the instant case to that district, although as of June 23, 2010, no transfer order has yet issued. Accordingly, both parties request that the court defer entering a scheduling order pending a determination by the Panel.

1

1    Rather than delay this case indefinitely, the court CONTINUES
2 the status conference to October 4, 2010 at 1:30 p.m.  If the case
3 remains before this court and no subsequent order has vacated the
4 October 4 status conference, the parties SHALL file updated status
5 reports no later than fourteen (14) days before that conference.
6    IT IS SO ORDERED.
7    DATED:  June 23, 2010.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2